# Court of Appeals

## Tenth Appellate District of Texas

10-25-00375-CR

In re Lee Roy Chaney

Original Proceeding

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Lee Roy Chaney filed a *pro se* application for a writ of habeas corpus. *See* TEX. CODE CRIM. PROC. art. 11.13. The application was filed as an original proceeding in this Court contending that Chaney has been confined for longer than 180 days with no indictment filed.

Original jurisdiction to issue a writ of habeas corpus in a criminal proceeding is limited to the Texas Court of Criminal Appeals, the district courts, and the county courts. *See* TEX. CODE CRIM. PROC. art. 11.05. In the application, Chaney does not allege that he has filed petitions for a writ of habeas corpus in the trial court from which he is attempting to appeal the trial court's rulings. Because he is seeking direct relief from this Court, we lack

jurisdiction in this proceeding. *See Ex parte Twyman*, 716 S.W.2d 951, 952 (Tex. Crim. App. 1986).

The petition for writ of habeas corpus filed by Lee Roy Chaney on October 23, 2025, is dismissed for want of jurisdiction. *See* TEX. R. APP. P. 52.8(a).

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: October 30, 2025

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Dismissed
Do Not Publish
OT06

